■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH JOHNSON, Appellant. [804 NYS2d 266]—Appeal by the defendant from an order of the County Court, Suffolk County (Ohlig, J.), dated March 8, 2004, which, pursuant to Correction Law article 6-C, designated him a level three sex offender.

Ordered that the order is affirmed, without costs or disbursements.

The County Court's determination to designate the defendant a level three sex offender in accordance with the risk assessment instrument was supported by clear and convincing evi-

dence. Thus, it should not be disturbed (*see* Correction Law § 168-n [3]; *People v Baylor*, 19 AD3d 467 [2005], *lv denied* 5 NY3d 710 [2005]; *People v Masters*, 19 AD3d 387 [2005]; *People v Williams*, 19 AD3d 388 [2005], *lv denied* 5 NY3d 713 [2005]; *People v Villanueva*, 13 AD3d 431 [2004]; *People v Dong V. Dao*, 9 AD3d 401, 401-402 [2004]; *People v Hampton*, 300 AD2d 641 [2002]). Schmidt, J.P., Cozier, Rivera and Fisher, JJ., concur.